**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 24-66** |
| | : | |
| **COMPLETE BUSINESS SOLUTIONS GROUP, INC.** | : | |

# ORDER

**AND NOW**, this 2nd day of October 2024, upon considering the joint status Report (ECF 9) including a request to continue trial, and for good cause, it is **ORDERED** we shall hold a telephone conference on **October 4, 2024** beginning at **9:15 A.M.** over the Court's conference line (Dial-in Number: 888-278-0296; Access Code: 5723096#).

**KEARNEY, J.**