IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 2:24-CR-66 |
| | : | |
| v. | : | |
| | : | |
| COMPLETE BUSINESS SOLUTIONS GROUP, INC., d/b/a PAR FUNDING | : | |

**JOINT STATUS REPORT BY THE UNITED STATES AND RYAN K. STUMPHAUZER AS COURT-APPOINTED RECEIVER FOR COMPLETE BUSINESS SOLUTIONS GROUP D/B/A PAR FUNDING**

The United States and Court-appointed Receiver Ryan K. Stumphauzer, by and through undersigned counsel, file this joint status report pursuant to this Court's order dated August 12, 2025. This Court requires an update on the specific progress towards resolution in this case, as well the Receiver's ongoing role in the civil securities matter pending in the United States District Court for the Southern District of Florida, docketed at 9:20-cv-81205. The parties continue to envision a non-trial resolution of the indictment. The parties provide the following update on the status of the Receivership.

The Receiver made an initial distribution to Par Funding's investors totaling approximately $110 million. On December 12, 2025, the Receivership Court in the United States District Court for the Southern District of Florida approved the Receiver's motion for a second interim distribution to investors. This second distribution is valued at approximately $97 million and has been sent to the investors.

As the Receiver moves toward winding down the Receivership, he continues his efforts to liquidate the remaining assets. The Receivership has just one remaining real estate parcel to sell out of the original 27 parcels. This is a residential unit in the Old City section of Philadelphia, and the property is now under contract. The prospective buyer is completing their due diligence at this

time. The Receiver and his team continue to collect receivables and liquidate additional smaller assets for the benefit of the investors. The Receivership has not yet received the large tax refund requested from the Internal Revenue Service.

The Receiver anticipates a third distribution for the benefit of investors at a date to be determined in the future. The Receiver will also continue to assist the government in distributing restitution to victims identified in related criminal matters in this Court.

Counsel for the government and Complete Business Solutions Group d/b/a Par Funding remain available at the Court's convenience to discuss this joint status report.

Respectfully submitted,

**DAVID METCALF**
United States Attorney

By:

/s/ Matthew T. Newcomer
MATTHEW T. NEWCOMER
SAMUEL S. DALKE
ERIC GILL
*Assistant United States Attorneys*

**PIETRAGALLO GORDON ALFANO BOSICK AND RASPANTI, LLP**

By:

/s/ Douglas K. Rosenblum
DOUGLAS K. ROSENBLUM

*Counsel for Ryan K. Stumphauzer, Esquire, Court-Appointed Receiver for Defendant Complete Business Solutions Group Inc. d/b/a Par Funding*

Date: January 26, 2026

## **CERTIFICATE OF SERVICE**

      I, Matthew T. Newcomer, Esquire hereby certify that on this 26th day of January, 2026, I caused a true and correct copy of the foregoing Status Report to be served electronically upon all counsel of record via the Court's ECF filing system.

*/s/ Matthew T. Newcomer*
Matthew T. Newcomer, Esquire
